# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Carolyn J. Jackson

                       Plaintiff,

v.                                                       Case No.: 1:10–cv–08205
                                                              Honorable Gary Feinerman

Lawrence Hall Youth Services

                       Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 15, 2011:

      MINUTE entry before Honorable Gary Feinerman: Initial status hearing set for 6/22/2011 [13] to stand. Initial Status Report shall be filed by 6/8/2011. Please see Judge Feinerman's web page (http://www.ilnd.uscourts.gov, to "District Judges," to "Judge Gary Feinerman," to "Initial Status Hearings" under Case Management Procedures) for details on the initial status hearing and Initial Status Report.Plaintiff's motion for appointment of counsel [5] is denied without prejudice because this case is not complex factually or legally and because Plaintiff has exhibited a strong ability to express her views in writing; plaintiff may re–file her motion later in the case.Mailed notice.(jlj)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.